

FILED

NOV 1 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

8          IN THE UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,                2:14-CV-02586-MCE-DAD

12              Plaintiff,                    ORDER REGARDING CLERK'S
                                             ISSUANCE OF WARRANT FOR
13       v.                                   ARREST OF ARTICLES *IN REM*

14  APPROXIMATELY $30,670.00 IN U.S.
    CURRENCY,
15
16              Defendant.

18          WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November

19  5, 2014, in the United States District Court for the Eastern District of California, alleging

20  that the defendant Approximately $30,670.00 in U.S. Currency (hereafter "Defendant

21  Currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for

22  one or more violations of 21 U.S.C. §§ 841 *et seq.*;

23          And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

24  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Brian

25  Swenson there is probable cause to believe that the Defendant Currency so described

26  constitutes property that is subject to forfeiture for such violation(s), and that grounds for

27  the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)

28  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

1

1 | Actions;

2 |     IT IS HEREBY ORDERED that the Clerk for the United States District Court,

3 | Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the

4 | Defendant Currency.

5 | Dated: _11-14-2014_

EDMUND F. BRENNAN
United States Magistrate Judge

2