McGREGOR W. SCOTT
United States Attorney
ERIN M. SALES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cv-02586-MCE |
| Plaintiff, | STIPULATION AND ORDER TO STAY FURTHER PROCEEDINGS |
| v. | |
| APPROXIMATELY $30,670.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States and claimant Christian Dapaah ("Claimant") hereby stipulate that a further stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings due to an on-going related criminal case against Claimant in Stanislaus County Superior Court: *People v. Christian William Dapaah*, Case No. 1459889. A Motion for Factual Innocence is presently scheduled for hearing on October 22, 2018.

1. Claimant has filed a claim in this *in rem* forfeiture action, asserting he is the legal and rightful owner of the defendant property in this action. (ECF No. 6.)

2. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1)–(2). The United States contends that the defendant currency was derived from or was intended to be used in a violation of federal law, 21 U.S.C. § 841, et seq. (manufacturing, distributing, or dispensing, or possessing with intent to manufacture, distribute, or dispense, a controlled substance). Claimant denies these

allegations.

3. The United States intends to depose Claimant regarding his claim and the allegations as set forth in the complaint. If discovery proceeds at this time, Claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claim to the Defendant Currency, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claim he filed with this Court.

4. The parties recognize that proceeding with this action at this time has potential adverse effects on the criminal case and/or upon the claimant's ability to assert any defenses to forfeiture. For these reasons, and because the parties are attempting to settle the civil forfeiture case, the parties jointly request that these matters be stayed until November 29, 2018, in accordance with the terms of this stipulation.

5. At that time the parties will advise the Court of the status of the criminal case and will advise the court whether a further stay is necessary.

Respectfully submitted,

Dated: October 1, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Erin M. Sales
ERIN M. SALES
Assistant U.S. Attorney

Dated: September 28, 2018

/s/ Austin Thompson
AUSTIN THOMPSON
GARCIA, SCHNAYERSON & THOMPSON
Attorney for Claimant Christian Dapaah
(As approved by email on 09/28/2018)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1)–(2) until November 29, 2018, in accordance with the terms of this stipulation. On or before November 21, 2018, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: October 1, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE